AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Charles R. | USCA, 11th Circuit | 04/04/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination      Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
801 N. Florida Avenue, 16-B
Tampa, FL 33602

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/04/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Regions Bank Salary |
| 2. 2015 | Progress Energy Pension Plan |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 09/03/2015-09/06/2015 | South Bend, IN | Advisory Council Meeting | lodging & meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Charles R.** | 04/04/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on second home (Santa Rosa Beach, FL) (part VII, line 1) | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2. Suntrust 401K, (H) | | | | | Sold | 11/19/15 | L | A | Chase IRA |
| 3. - SunTrust Common Stock Fund | A | Dividend | | | Sold | 11/19/15 | L | A | Chase IRA |
| 4. - Vanguard Target Retirement 2025 | A | Dividend | | | Sold | 11/19/15 | L | A | Chase IRA |
| 5. | | | | | | | | | |
| 6. Regions 401K(H) | | | | | | | | | |
| 7. - Regions Stock Fund | A | Dividend | K | T | | | | | |
| 8. - Dodge Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 9. - Eaton Vance AG Smid Cap Fd1 | A | Dividend | J | T | | | | | |
| 10. - Vanguard Windsor II Fund | A | Dividend | K | T | | | | | |
| 11. - Morley Stable Value Fund Free 315 | B | Dividend | K | T | | | | | |
| 12. | | | | | | | | | |
| 13. Chase IRA (H) | | | | | Buy | 11/19/15 | L | | Suntrust 401K |
| 14. - American Century Value Fund Index FD | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 15. - Blackrock FDS Midcap Index FD | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 16. - Blackrock International Index Fund Instl EST | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 17. - Brown Advisory FDS WMC Strategic Europn EQI | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Deutsche X Trackers MSCI EAFE Hedged Equity bRO | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 19. - Dodge & Cox Funds International Stock Fund | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 20. - Ishares MSCI EAFE ETF | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 21. - Brown Advisory FDS WMC Strategic EUROPN EQI | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 22. - Deutsche X Trackers MSCI EAFE Hedged Equity ETF EST | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 23. - Dodge & Cox Funds International Stock FundIShar | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 24. - IShares MSCI EAFE ETF | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 25. - JP Morgan Growth Advantage Select CL DV& CAP Gain Reinvest | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 26. - JP Morgan TRI MD CAP Equity FD Select CL | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 27. - JPMorgan TRI US Equity Fund Instl CL EST | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 28. - Massachusetts Investors Trust CL I | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 29. -MPS Research International FD CL I | | None | J | T | Buy | 11/19/15 | J | | Suntrust 401K |
| 30. - Oakmark Fund Div & Cap Gain Reinvest | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 31. -SPDR S7P 500 ETF Trust | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 32. - Wisdomtree Japan Hedged Equity Fund | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 33. - Dodge & Cox Income Fund | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 34. - Federated Institutional High Yield Bond Fund | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/04/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - John Hancock Income Fund | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 36. - JPMorgan Short Duration Bond FD Select CL | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 37. - JPMorgan TRI II Core BD FD Select CL | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 38. - JP Morgan TRI II High Yield FD Select CL | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 39. - Mainstay High Yield Corporate Bond Fund CL I | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 40. - PIMCO Short Term Fund Instl CL | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 41. - T Rowe Price New Income Fund INC | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 42. - Vanguard Short Term Bond Index Fund Admiral Shares | | None | J | T | Buy | 11/15/15 | J | | Suntrust 401K |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R. | 04/04/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles R. Wilson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544